# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN PETERSON JANVIER,

  Plaintiff,

  v.           Case No.:  6:25-cv-02152-PGB-LHP

ORLANDO POLICE
DEPARTMENT,

  Defendant,

---

## ORDER
### (And Direction to Clerk of Court)

This cause comes before the Court on review of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), Doc. No. 5, and Plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs, Doc. No. 8.  Upon consideration, the undersigned has determined that Plaintiff is a pauper and entitled to proceed with the case without payment of a filing fee.  *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).  Accordingly, Plaintiff's requests to proceed as a pauper (Doc. Nos. 5, 8) are **GRANTED**.[1]  Based thereon, Plaintiff's Motion Requesting Ruling on Pending Motion to Proceed in Forma Pauperis (Doc. No. 9) is **DENIED as moot**.

---

[1] The undersigned has reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915. *See* Doc. No. 1.  However, this Order shall not be construed as a finding that Plaintiff's

-1-

The Clerk of Court shall mail summons and Marshal 285 forms to Plaintiff. It is **ORDERED** that Plaintiff shall complete and return the summons and Marshal 285 forms to the Court within **fifteen (15) days** of the date of mailing. Once the completed summons and Marshal 285 forms are returned to the Court, the Clerk is directed to provide the completed service forms to the United States Marshal.

It is **ORDERED** that, upon receipt of the completed service forms, the United States Marshals Service is directed to serve them upon Defendant without cost to Plaintiff. The Clerk of Court is directed to provide a copy of this Order to the United States Marshals Service.

Because Plaintiff is proceeding *pro se*, the Court directs his attention to the Court's website, https://www.flmd.uscourts.gov/. On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then selecting "Litigants without Lawyers."

---

complaint states a claim upon which relief may be granted. Because Plaintiff is proceeding *pro se*, the Court must construe the allegations of the complaint liberally. Therefore, the Court will permit the case to go forward and will address whether plausible claims for relief are stated when and if the issue is raised by the named Defendant.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2026.

_Leslie Hoffman Price_

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-3-